IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 14–cr-30172-NJR ) |
| STEVEN M. SCHAUF, JR., | ) ) ) |
| Defendant. | ) |

# FINAL ORDER OF FORFEITURE

**ROSENSTENGEL, District Judge:**

On April 1, 2015, this Court entered an Order for Forfeiture against Defendant Steven M. Schauf, Jr. for the following property which had been seized from the Defendant:

1. **Approximately $6,787.64 seized from Regions Bank on May 13, 2014; and**
2. **One 2010 Chrysler 300, bearing VIN: 2C3CA4CD6AH101674, and all accessories, attachments, and components thereon.**

The Order further provided that the Government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the Government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning June 4, 2015, and ending July 3, 2015, and that no third party filed a petition within thirty days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on April 1, 2015, namely:

1. **Approximately $6,787.64 seized from Regions Bank on May 13, 2014; and**
2. **One 2010 Chrysler 300, bearing VIN: 2C3CA4CD6AH101674, and all accessories, attachments, and components thereon.**

The United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal.

**IT IS SO ORDERED.**

**DATED: August 21, 2015**

s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**United States District Judge**